UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:24-cv-06744-KK-MAA** | Date: **October 2, 2024** |
| Title | **Anthony Baggett v. Atascadero State Hospital, et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On July 29, 2024, Plaintiff Anthony Baggett ("Plaintiff"), a resident at Atascadero State Hospital proceeding *pro se*, filed a Complaint alleging violations of his civil rights pursuant to 42 U.S.C. § 1983 in the Eastern District of California. (Compl., ECF No. 1.) The case was transferred to this Court on August 13, 2024. (ECF No. 5.) The same day, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis* and ordered Plaintiff to "file a statement indicating whether he is (1) a civilly committed patient, or (2) incarcerated in connection with violations or alleged violations of criminal law or the terms and conditions of parole, probation, pretrial release, or a diversionary program." (ECF No. 7.) On August 29, 2024, the Court noted that Plaintiff's address had changed, directed the Clerk to re-serve a copy of its August 13, 2024 Order to Plaintiff's new address, and extended the deadline for filing a statement regarding Plaintiff's commitment status to September 12, 2024. (ECF No. 13.)

In addition, on August 15, 2024, the Court ordered Plaintiff to correct his failure to comply with his obligation under Central District of California Local Civil Rule ("Local Rule") 7.1-1 to file with his first appearance a Notice of Interested Parties. (ECF No. 8.). Plaintiff was ordered to comply with Local Rule 7.1-1 no later than September 15, 2024. Plaintiff was warned that his failure to comply with that Order might subject Plaintiff to sanctions, including the imposition of monetary sanctions and/or a recommendation that this action be dismissed for failure to comply with a court order.

As of October 2, 2024, Plaintiff has filed neither a statement regarding his commitment status nor a Notice of Interested Parties. The Court notes that while its August 15, 2024 Order has not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:24-cv-06744-KK-MAA**                                                                 Date:  **October 2, 2024**

Title     **Anthony Baggett v. Atascadero State Hospital, et al.**

been returned as undeliverable, it is possible that Plaintiff did not receive this Order; accordingly, in an abundance of caution, and as a one-time courtesy to Plaintiff, the Court **DIRECTS** the Clerk to include a copy of the Court's August 15, 2024 Order (ECF No. 8) with this Order.

However, the Court's August 13, 2024 Order (ECF No. 7) was mailed to Plaintiff at his current address of record (*see* ECF No. 13), and he has still failed to respond.  It is possible that, as he is apparently no longer at Atascadero State Hospital, Plaintiff may no longer wish to pursue this case.  If he does wish to continue with this action, then he must comply with the Court's orders.  He is therefore **ordered to show cause**, in writing, no later than **November 3, 2024**, why this action should not be dismissed for failure to prosecute.  If Petitioner files one of the following on or before the above date, this Order to Show Cause will be discharged, and no additional action need be taken:

1. A notice of voluntary dismissal (form attached); OR
2. A written response to this Order to Show Cause that includes the following:
   a) an indication that he wants to continue to pursue this case; AND
   b) the Notice of Interested Parties required by the Court's August 15, 2024 Order (form attached); AND
   c) a statement indicating whether his stay at Atascadero State Hospital was because he was (1) a civilly committed patient OR (2) incarcerated in connection with violations or alleged violations of criminal law or the terms and conditions of parole, probation, pretrial release, or a diversionary program, as required by the Court's August 13, 2024 Order.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachments:
Order Regarding Notice of Interested Parties (ECF No. 8)
Form Notice of Dismissal
Form CV-30 (Certification and Notice of Interested Parties)