UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:24-cv-06744-KK-MAA** | Date: **January 16, 2025** |
| Title | **Anthony Baggett v. Atascadero State Hospital, et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Second Order to Show Cause Why This Court Should Not Recommend Dismissal

     On July 29, 2024, Plaintiff Anthony Baggett ("Plaintiff"), a resident at Atascadero State Hospital proceeding *pro se*, filed a Complaint alleging violations of his civil rights pursuant to 42 U.S.C. § 1983 ("Section 1983") in the Eastern District of California. (Compl., ECF No. 1.) The case was transferred to this Court on August 13, 2024. (ECF No. 5.) The same day, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis* and ordered Plaintiff to "file a statement indicating whether he is (1) a civilly committed patient, or (2) incarcerated in connection with violations or alleged violations of criminal law or the terms and conditions of parole, probation, pretrial release, or a diversionary program." (ECF No. 7.) On August 29, 2024, the Court noted that Plaintiff's address had changed, directed the Clerk to re-serve a copy of its August 13, 2024 Order to Plaintiff's new address, and extended the deadline for filing a statement regarding Plaintiff's commitment status to September 12, 2024. (ECF No. 13.)

     In addition, on August 15, 2024, the Court ordered Plaintiff to correct his failure to comply with his obligation under Central District of California Local Civil Rule ("Local Rule") 7.1-1 to file with his first appearance a Notice of Interested Parties. (ECF No. 8.). Plaintiff was ordered to comply with Local Rule 7.1-1 no later than September 15, 2024. Plaintiff was cautioned that his failure to comply with that order might subject Plaintiff to sanctions, including the imposition of monetary sanctions and/or a recommendation that this action be dismissed for failure to comply with a court order.

     In the absence of a statement regarding Plaintiff's commitment status and Notice of Interested Parties, on October 2, 2024, the Court ordered Plaintiff to show cause why the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:24-cv-06744-KK-MAA**                                                      Date:  **January 16, 2025**

Title        **Anthony Baggett v. Atascadero State Hospital, et al.**

should not recommend dismissal for failure to prosecute and/or comply with court orders ("OSC"). (OSC, ECF No. 15.)  The OSC directed Plaintiff to file by no later than November 3, 2024 either a (1) notice of voluntary dismissal (if Plaintiff no longer wished to proceed with this action), or (2) written response indicating that he wished to continue to pursue this case, together with the Notice of Interested Parties required by the Court's August 15, 2024 Order, and a statement indicating whether his stay at Atascadero State Hospital was through civil commitment or incarceration required by the Court's August 13, 2024 Order.  (*Id*. at 2.)  In light of Plaintiff's recent update to his address of record and out of an abundance of caution, the Court directed the Clerk to include a copy of the Court's August 15, 2024 Order with the OSC to Plaintiff at his updated address of record.  (*Id*.)  On October 7, 2024, the August 15, 2024 Order was returned as undelivered from Atascadero State Hospital.  (ECF No. 16.)  However, no filings have been returned undelivered from Plaintiff's updated address of record.

As of January 15, 2025, Plaintiff has not filed a response to the OSC, a statement regarding his commitment status, or a Notice of Interested Parties.  In light of Plaintiff's *pro se* status, and in an effort to afford Plaintiff every opportunity to litigate this case, should he so wish, the Court issues this Second Order to Show Cause why the Court should not recommend dismissal of this lawsuit for failure to prosecute and comply with court orders.

Plaintiff may no longer wish to pursue this case now that he is no longer at Atascadero State Hospital.  However, if he does wish to continue with this action, he must comply with the Court's orders.  He therefore is **ordered to show cause**, in writing, no later than **February 15, 2025**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with Court orders.  As was directed in the OSC, if Plaintiff files one of the following on or before the above date, this Order to Show Cause will be discharged, and no additional action need be taken:

1.  A notice of voluntary dismissal (form attached); OR
2.  A written response to this Second Order to Show Cause that includes the following:
    a)  an indication that he wants to continue to pursue this case; AND
    b)  the Notice of Interested Parties required by the Court's August 15, 2024 Order (form attached); AND
    c)  a statement, as required by the Court's August 13, 2024 Order, indicating whether his stay at Atascadero State Hospital was because he was (1) a civilly committed patient OR (2) incarcerated in connection with violations or alleged violations of criminal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:24-cv-06744-KK-MAA**                                                    Date:  **January 16, 2025**

Title      **Anthony Baggett v. Atascadero State Hospital, et al.**

law or the terms and conditions of parole, probation, pretrial release, or a diversionary program.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachments:
Form Notice of Dismissal
Form CV-30 (Certification and Notice of Interested Parties)