# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAGGETT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ATASCADERO STATE HOSPITAL, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-06744-KK-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge (ECF No. 18). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

(1) The Report and Recommendation of United States Magistrate Judge is accepted; and

///

///

///

    (2)    Judgment shall be entered dismissing the action without prejudice.

DATED: May 16, 2025

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE