(JS-6)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY BAGGETT,

                Plaintiff,

    v.

ATASCADERO STATE HOSPITAL, et al.,

                Defendants.

Case No. 2:24-cv-06744-KK-MAA

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 16, 2025

 

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE